Motion Granted; Appeal Dismissed
and Memorandum Opinion filed August 5, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00975-CV

____________

 

ISAIAS BRAVO, Appellant

 

V.

 

LENAR HOMES OF TEXAS LAND & CONSTRUCTION, LTD.,
LENAR HOME OF TEXAS SALES & MARKETING D/B/A VILLAGE BUILDERS AND LENNAR
TEXAS HOLDING COMPANY, Appellees

 



 

On Appeal from the 61st District Court

Harris County, Texas

Trial Court Cause No. 2008-59279A

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed August 24, 2009.  On July 26, 2010, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

 Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Brown, Sullivan, and
Christopher.